## IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN THOMAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE CAROLYN
ELLSWORTH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 75634



FILED

JUL 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This original petition for a writ of mandamus seeks an order directing the district court to dismiss the indictment against petitioner on the ground that the State violated NRS 178.415(4). Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-27743

cc: Hon. Carolyn Ellsworth, District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A